IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GOOGLE LLC, | ) |
| Petitioner, | ) ) ) |
| v. | ) )  C.A. No. _____ |
| AQUA LICENSING, LLC, | ) ) ) |
| Respondent. | ) ) |

**[PROPOSED] ORDER**

Before the Court is Google LLC's Motion for Leave to File Under Seal Its Motion to Compel Aqua Licensing, LLC to Comply with Subpoenas on an Expedited Basis. Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**.

**IT IS HEREBY ORDERED** that Google's Motion for Leave and the associated Motion to Compel Aqua Licensing, LLC to Comply with Subpoenas on an Expedited shall be filed under seal. In accordance with D. Del. LR 5.1.3, Google shall file a public version of the sealed filings within seven (7) days from the date of this Order.

SO ORDERED this ____ day of _____, 2021.

_____
United States District Judge