IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GOOGLE LLC, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) C.A. No. _____ |
| | ) |
| AQUA LICENSING, LLC, | ) |
| | ) |
| Respondent. | ) |

## GOOGLE LLC'S RULE 7.1 CERTIFICATE

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Google LLC discloses the following: Google LLC is a wholly owned subsidiary of XXVI Holdings Inc., which is a wholly owned subsidiary of Alphabet Inc., a publicly held company; no publicly traded company holds more than 10% ownership of Alphabet Inc.'s stock.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Brian P. Egan*

Jack B. Blumenfeld (#1014)
Brian P. Egan (#6227)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
began@morrisnichols.com

*Attorneys for Google LLC*

OF COUNSEL:

Matthew S. Warren
Jennifer A. Kash
Erika Warren
WARREN LEX LLP
2261 Market Street, Suite 606
San Francisco, CA 94114
(415) 895-2940

Tharan Gregory Lanier
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
(650) 739-3939

October 18, 2021

## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on October 18, 2021, upon the following in the manner indicated:

| | |
|---|---|
| James L. Etheridge, Esquire<br>Ryan S. Loveless, Esquire<br>Brett A. Mangrum, Esquire<br>Travis L. Richins, Esquire<br>Jeffrey Huang, Esquire<br>Brian M. Koide, Esquire<br>ETHERIDGE LAW GROUP, PLLC<br>2600 East Southlake Blvd., Suite 120/324<br>Southlake, TX  76092<br>*Attorneys for Respondent* | *VIA ELECTRONIC MAIL* |
| Aqua Licensing LLC<br>℅ Registered Agent Solutions<br>9 East Loockerman Street, Suite 311<br>Dover, DE  19901<br>*Registered Agent for Aqua Licensing LLC* | *VIA HAND DELIVERY* |

*/s/ Brian P. Egan*

Brian P. Egan (#6227)