# RETURN OF SERVICE

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

**CASE NO:**

**SERVED:** AQUA LICENSING LLC

**DOCUMENT:** GOOGLE LLC'S MOTION FOR LEAVE TO FILE UNDER SEAL ITS MOTION TO COMPEL AQUA LICENSING, LLC TO COMPLY WITH SUBPOENAS ON AN EXPEDITED BASIS (UNDER SEAL); EXHIBITS 1-25; MOTION FOR SEAL; CIVIL COVER SHEET; DISCLOSURE STATMENT;

**ADDRESS:** C/O REGISTERED AGENT SOLUTIONS, INC., 9 E. LOOCKERMAN ST., SUITE 311, DOVER, DE 19901

**DATE:** 10/18/2021

## MANNER OF SERVICE

☒ **PERSONAL:** ACCEPTED BY: JUSTIN WOODS (MANAGING AGENT)

☐ **SUBSTITUTE:**

☐ **NO SERVICE:**

GRANVILLE MORRIS

BRANDYWINE PROCESS SERVERS, LTD
PO BOX 1360
WILMINGTON DE 19899
302-475-2600

SWORN TO BEFORE ME ON   10/18/2021

NOTARY PUBLIC
KEVIN DUNN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires   August 25, 2022

*BRANDYWINE PROCESS SERVERS, LTD  PO BOX 1360  WILMINGTON, DE 19899*