IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GOOGLE LLC, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | C.A. No. 21-mc-419 (MN) |
| | ) | |
| TERRIER SSC, LLC, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |
| GOOGLE LLC, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | C.A. No. 21-mc-440 (UNA) |
| v. | ) | |
| | ) | |
| BP FUNDING TRUST, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |
| GOOGLE LLC, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | C.A. No. 21-mc-443 (UNA) |
| v. | ) | |
| | ) | |
| AQUA LICENSING, LLC, | ) | |
| | ) | |
| Respondent. | ) | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that copies of the Court's October 18, 2021 Order in the above-captioned cases (*see, e.g., Google LLC v. Terrier SSC, LLC* at D.I. 5) was caused to be served on October 18, 2021 upon the following in the manner indicated:

| | |
|---|---|
| Robert Millimet, Esquire<br>STANTON LLP<br>Comerica Bank Tower<br>1717 Main St Suite 3800<br>Dallas, TX 75201 | VIA ELECTRONIC MAIL |

*Attorneys for Respondents Terrier SSC, LLC and BP Funding Trust*

| | |
|---|---|
| Jim Etheridge, Esquire<br>Brett Mangrum, Esquire<br>Brian Koide, Esquire<br>Jeffrey Huang, Esquire<br>Ryan Loveless, Esquire<br>Travis Richins, Esquire<br>ETHERIDGE LAW GROUP, PLLC<br>2600 East Southlake Blvd., Suite 120-324<br>Southlake, TX 76092 | VIA ELECTRONIC MAIL |

*Attorneys for Aqua Licensing, LLC*

| | |
|---|---|
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| OF COUNSEL: | /s/ Brian P. Egan |
| Matthew S. Warren<br>Jennifer A. Kash<br>Erika Warren<br>Francesca Miki Shima Germinario<br>WARREN LEX LLP<br>2261 Market Street, No. 606<br>San Francisco, California, 94114<br>(415) 895-2940 | Jack B. Blumenfeld (#1014)<br>Brian P. Egan (#6227)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>began@morrisnichols.com |
| Tharan Gregory Lanier<br>JONES DAY<br>1755 Embarcadero Road<br>Palo Alto, CA 94303<br>(650) 739-3939 | *Attorneys for Google LLC* |

October 18, 2021