# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **GOOGLE, LLC,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | |
| § | **C.A. No. 21-443-MN** |
| **AQUA LICENSING, LLC,** § | |
| § | |
| **Defendant.** § | |
| § | |
| § | |

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND

Having considered the unopposed motion to extend filed by Aqua Licensing, LLC ("Aqua"), the Court finds the motion should be GRANTED. It is therefore ORDERED that Aqua's deadline to respond to Google, LLC's motion to compel is extended until after the parties have conferred again and have notified this Court whether there remain any areas of dispute or that the disputes are resolved. It is further ORDERED that neither Aqua nor Google will take actions in this matter until after Aqua has completed its production and the parties have conferred to determine whether that production has mooted or reduced the areas of dispute.

DATE:

_____
United States District Judge